# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **DAVID E. JONES**, presiding. | Deputy Clerk: Katina Hubacz |
| DATE: **April 27, 2018 at 10:00 a.m.** | Court Reporter: Liberty |
| CASE NO. **18-CR-62** | Time Called: 10:03:39 |
| UNITED STATES v. **BRIAN L. GANOS, MARK F. SPINDLER, SONAG COMPANY INC.** | Time Concluded: 10:26:04 |

PROCEEDING: **SCHEDULING CONFERENCE (COUNSEL ONLY)**

UNITED STATES by: **Matthew D. Krueger, Zachary J. Corey**

DEFENDANTS: **BRIAN L. GANOS, MARK F. SPINDLER, SONAG COMPANY INC.,** not present, and by

ATTORNEY: **Marcus J. Berghahn** for Brian L. Ganos

**Brian T. Fahl** for Mark F. Spindler

**Dean A. Strang** for Sonag Company, Inc.

---

Case has been designated complex

GOVT:

- gives background of the case
- discovery is voluminous
- financial records, interviews of dozens of witnesses, documents related to search warrants
- has been long term investigation
- completed production of discovery yesterday
- organizing to make items more accessible to defense counsel
- have open line of communication with defense counsel

DEFENSE:

Mr. Strang:

- have had great cooperation and communication with Govt
- in possession of first 14 of the groupings as Govt has organized - 3 groupings are about 3 terabytes and are not readily producible
- believe could set motions deadline today set out 120 days - joint proposal w/Deft Ganos

- suggest another conference in 60 days and a possible evidentiary date, if needed

- parties have discussed and would like a trial date set - trial est is 2 weeks - request March or April 2019 but can do earlier

Mr. Fahl:

- agrees with Mr. Strang's representation and feels 120 days is reasonable

GOVT:

- feels 120 days is reasonable and would like a trial date as well but would prefer earlier than March or April 2019

COURT:

- will inform Judge Pepper of the parties desire to set a trial date and that are looking at the weeks of February 4 or 11, 2019.  Mr. Fahl is not available the last two weeks of January 2019.

**Status Conference (Counsel Only) set for:  6/28/18 at 10:00 a.m.**

**Evidentiary Hearing set for:  9/20/18 9:30 a.m.**

Motions due: **8/24/18**

If evidentiary hearing is not needed, parties should follow motion practice for any responses and replies. Extensions will be considered.

Court makes a speedy trial finding pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial. Failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation. The time from today's date until 8/24/2018 is excluded under the Speedy Trial Act.