UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                       Case No. 18 CR 62 (PP)

BRIAN L. GANOS,

    *Defendant*.

## NOTICE OF APPEARANCE OF CO-COUNSEL

PLEASE TAKE NOTICE that James Shellow joins Hurley Burish, S.C., as co-counsel for for Brian L. Ganos in the above action.

Dated this <u>14th</u> day of September, 2018.

                                                Respectfully submitted,

                                                BRIAN L. GANOS, *Defendant*

| | |
|---|---|
| */s/ James M. Shellow* | */s/ Stephen P. Hurley* |
| James M. Shellow | Stephen P. Hurley |
| *Wisconsin Bar No.* 1006070 | *Wisconsin Bar No.* 1015654 |
| SHELLOW & SHELLOW, S.C. | Marcus J. Bergahn |
| 324 W. Vine Street | *Wisconsin Bar No.* 1026953 |
| Milwaukee WI 53212-3606 | HURLEY BURISH, S.C. |
| jamesgilda@aol.com | 33 E. Main Street, Suite 400 |
| | Madison, WI 53701-1528 |
| | (608) 257-0945 |