UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                  Case No. 18-CR-62

BRIAN L. GANOS,
MARK F. SPINDLER,
SONAG COMPANY, INC., and
NUVO CONSTRUCTION COMPANY, INC.,

                Defendants.

## UNOPPOSED MOTION FOR A STATUS CONFERENCE

The United States of America, by undersigned counsel, respectfully requests a status conference with Judge Pepper to discuss trial dates in this matter. Counsel for defendants have informed counsel for the United States that they do not oppose this motion.

On May 1, 2018, the second superseding indictment charged the defendants with defrauding the United States and other entities with respect to contracts and purchase orders that were set aside for small businesses owned by disadvantaged individuals or service-disabled veterans. *See* Doc. 25. Shortly thereafter, the parties asked this Court to reserve the first two weeks of February 2019 for a jury trial. Defendants Ganos, Spindler, and Sonag Company, Inc. ("Sonag"), filed pre-trial motions and briefing was completed on September 19, 2018. The Magistrate Judge has not yet decided the pre-trial motions. Separately, Sonag has indicated that it is contemplating a challenge to the district's jury plan. *See* Doc. 32. Sonag subpoenaed data from two state agencies in an effort to support its challenge to the jury plan. The United States and the State of Wisconsin moved to quash those subpoenas. *See* Docs. 53 and 55. The Magistrate Judge

1

denied the motions to quash. *See* Doc. 72. The United States and the State of Wisconsin objected to the Magistrate Judge's ruling to this Court. *See* Docs. 69 and 73. The United States, the State of Wisconsin, and Sonag recently completed briefing the objections. *See* Doc. 77.

Since the potential challenge to the jury plan is still in its early stages, the United States requests that the parties and the Court have a status conference to discuss if the tentative trial date in February is still realistic. Counsel for Sonag, Ganos, and Spindler indicated that they would like the opportunity to attend the status conference in person and have the option to bring their clients.

Respectfully submitted this 25th day of October, 2018.

> *s/ Zachary J. Corey*
> MATTHEW D. KRUEGER
> United States Attorney
> ZACHARY J. COREY
> Assistant United States Attorney
> Attorneys for Plaintiff
> Office of the United States Attorney
> Eastern District of Wisconsin
> 517 E. Wisconsin Ave. Suite 530
> Milwaukee, Wisconsin 53202
> Tel: (414) 297-1700
> Fax: (414) 297-1738
> Email: zachary.corey@usdoj.gov