UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                         Case No. 18-CR-62

BRIAN L. GANOS,
MARK F. SPINDLER,
SONAG COMPANY INC., and
NUVO CONSTRUCTION COMPANY INC.,

      Defendants.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is now also represented by Assistant United States Attorney Michael A. Carter.

Dated at Milwaukee, Wisconsin, this 29th day of October, 2018.

                              MATTHEW D. KRUEGER
                              United States Attorney

               By:    */s/ Michael A. Carter*

                              MICHAEL A. CARTER
                              Assistant United States Attorney