UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                    Case No. 18-CR-62 (PP-DEJ)

BRIAN L. GANOS, SONAG COMPANY, INC.,
MARK F. SPINDLER, AND NUVO CONSTRUCTION CO., INC.,

    *Defendants*.

## MOTION FOR ORDER TO SHOW CAUSE FOR CONTEMPT

Brian L. Ganos, by counsel, moves this court for an Order to show cause why James Hubbell, Linda Hubbell, and LRPT should not be held in contempt for failing to make a return on the subpoenas, which were returnable on June 14, 2019. In support of this motion, Brian L. Ganos relies on Brian Ganos's Brief in Reply to Lori Michaud's and LJM Accounting Services' Motion to Quash Rule 17(c) Subpoenas and In Support of His Motion to Enforce Subpoenas Authorized by This Court (redacted version filed ECF # 189-1, filed under seal ECF # 190), the Affidavit of Stephen P. Hurley (redacted version filed ECF # 189-2, filed under seal ECF # 190), and Exhibit A (ECF # 189-3, filed under seal ECF # 190).

**WHEREFORE**, Brian L. Ganos respectfully requests that this Court grant the relief requested.

Dated this 26th day of June, 2019.

           Respectfully submitted,

           BRIAN L. GANOS, *Defendant*

           *Electronically signed by Stephen P. Hurley*
           Stephen P. Hurley
           *Wisconsin Bar No.* 1015654
           HURLEY BURISH, S.C.
           33 E. Main Street, Suite 400
           Madison, Wisconsin 53703
           [608] 257-0945
           shurley@hurleyburish.com