# HURLEY BURISH, S.C.
## ATTORNEYS

33 EAST MAIN STREET, SUITE 400

Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Jonas B. Bednarek | John C. Mitby** | Tel. (608) 257-0945 |
| Marcus J. Berghahn | David E. Saperstein | Fax. (608) 257-5764 |
| Mark D. Burish | Daniel J. Schlichting | www.hurleyburish.com |
| Peyton B. Engel | Sarah E. Schuchardt | Author's e-mail: |
| Andrew Erlandson | Elizabeth L. Spencer | shurley@hurleyburish.com |
| Patrick J. Fiedler | Thomas S. Vercauteren | |
| Stephen P. Hurley* | | |

\* Also Licensed In Illinois
\*\*Also Licensed In Colorado

October 23, 2019

Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      Re:    ***United States of America v. Brian L. Ganos***
              Docket No. 18 CR 62

Dear Judge Pepper:

      This matter is scheduled for sentencing in a little more than 50 days—on December 16, 2019. Shortly before Mr. Ganos pled guilty, on April 29, Mr. Ganos obtained subpoenas duces tecum to compel the production of certain records relevant to sentencing. *See* ECF #141 & 147. The documents were to be produced on June 14. One of the individuals to whom the subpoenas was addressed moved to quash, ECF #176. The other did not respond. To date, neither party under subpoena has produced any record or in any way complied with the subpoenas.

      On June 26, 2019, Brian Ganos moved for an order to show cause for contempt as to the subpoenas issued in April, ECF #191. Since then, in the intervening 118 days, no action has been taken, nor has a hearing been scheduled on the motion.

      The requested records are relevant to issues at sentencing, including the calculation of the advisory sentencing guideline range, and arguments made by

Brian Ganos in support of his objections to the PSR. Moreover, some of the records will require time to analyze, so disclosure of the records on the eve of sentencing will prejudice Brian Ganos.

Brian Ganos remains committed to enforcing the subpoenas and asks that the Court enforce the subpoenas, as requested previously.

    Cordially,

    HURLEY BURISH, S.C.

    *Electronically signed by Stephen P. Hurley*

    Stephen P. Hurley

MJB:mns
F:\-clients\Ganos Brian\Correspondence\Judge Pepper 191022.docx

cc: U.S. Attorney's Office
    Brian Ganos