UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                              Case No. 18–CR-62 (PP)

BRIAN L. GANOS AND
SONAG COMPANY, INC.

    *Defendant*.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that StrangBradley, LLC, by Dean A. Strang, now enters an appearance as co-counsel for Brian L. Ganos individually. Counsel joins, rather than replaces, Stephen P. Hurley, Marcus J. Berghahn, and Hurley Burish, S.C. as counsel for Mr. Ganos. Counsel also continues to represent Mr. Ganos's wholly-owned, one-person corporation, Sonag Co., Inc.

Dated this 12th day of December, 2019.

                                                    Respectfully submitted,

                                                    s/ Dean A. Strang
                                                    Dean A. Strang
                                                    *Wisconsin Bar No.* 1009868
                                                    STRANGBRADLEY, LLC
                                                    33 East Main Street, Suite 400
                                                    Madison, WI 53703
                                                    [608] 535-1550
                                                    [608] 406-2602    facsimile