

BRIAN T. FAHL
btf@kravitlaw.com

December 18, 2019

<u>Via ECF</u>

Chief Judge Pamela Pepper
Eastern District of Wisconsin
United States Courthouse Room 208
517 E. Wisconsin Ave
Milwaukee, WI 53202

      Re:  *United States v. Ganos*, Case No. 18-CR-62: Nuvo's Motion to Adjourn the January 14, 2020 Sentencing Date

Dear Judge Pepper:

      I have reviewed Nuvo Construction Company Inc.'s motion to adjourn the January 14, 2020 sentencing date. I do not object to the adjournment requested by Nuvo. More importantly, an adjournment of Nuvo's sentencing will not cause Mark Spindler to seek an adjournment of his trial date. Please feel free to contact me if you have any questions about this letter. Thank you.

      Sincerely,

      /s/ **<u>Brian T. Fahl</u>**

      Brian T. Fahl

BTF:amh